Case 4:17-cr-00200-SWW   Document 3   Filed 07/11/17   Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 11 2017
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 4:17CR 00199 DPM |
| ) | |
| vs. ) | |
| ) | |
| REGINALD EUGENE ALLS ) | Title 18, U.S.C. § 922(g)(1) |
| ) | Title 21, U.S.C. § 841(b)(1)(D) |
| ) | Title 18, U.S.C. § 924(c)(1)(A) |
| ) | Title 18, U.S.C. § 3013 |
| ) | Title 18, U.S.C. § 3571 |
| ) | Title 18, U.S.C. § 3583 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  Prior to December 2, 2016, in the Eastern District of Arkansas, the defendant,

REGINALD EUGENE ALLS,

had previously been convicted of the following crime:

> Possession of a Controlled Substance (Cocaine), in Case Number CR-2008-1142, in the Circuit Court of Crittenden County, Arkansas, on or about July 2, 2009.

B.  The crime set forth above in Paragraph A was punishable by a term of imprisonment exceeding one year.

C.  On or about December 2, 2016, in the Eastern District of Arkansas, the defendant,

REGINALD EUGENE ALLS,

1

did knowingly possess in and affecting commerce, a firearm, namely: a Taurus, Model 85 Protector Poly, .38 caliber revolver, bearing serial number IO85744.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about December 2, 2016, in the Eastern District of Arkansas and elsewhere, the defendant,

REGINALD EUGENE ALLS,

knowingly and intentionally possessed with intent to distribute less than fifty (50) kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, U.S.C. § 841(a)(1) and Title 21, U.S.C. § 841(b)(1)(D).

## COUNT 3

On or about December 2, 2016, in the Eastern District of Arkansas, the defendant,

REGINALD EUGENE ALLS,

knowingly and intentionally possessed a firearm, to wit: a Taurus, Model 85 Protector Poly, .38 caliber revolver, bearing serial number IO85744, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1) as set forth in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).